**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

**GEORGE J. HORTON, JR.,**

      **Plaintiff,**

 v.

**NANCY K. SCHULTZ, AIR SERV CORPORATION, MARY M. FLAHERTY, NANCY J. MALES, MICHAEL MALES, R. F. WHALEN (Star # 86), UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,**

      **Defendants.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff, GEORGE J. HORTON, JR.**

| NAME (Type or print) |
|---|
| **Irene K. Dymkar** |

| SIGNATURE |
|---|
| /s **Irene K. Dymkar** |

| FIRM |
|---|
| **Irene K. Dymkar** |

| STREET ADDRESS |
|---|
| **300 West Adams, Suite 330** |

| CITY/STATE/ZIP |
|---|
| **Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **90785719** | **(312) 345-0123** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |