**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GEORGE J. HORTON, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09 C 5969 |
| ) | |
| NANCY K. SCHULTZ, AIR SERV ) | Judge Virginia M. Kendall |
| CORPORATION, MARY M. FLAHERTY, ) | |
| NANCY J. MALES, MICHAEL MALES, ) | Magistrate Judge Maria Valdez |
| R. F. WHALEN (Star # 86), UNKNOWN ) | |
| OFFICERS OF THE CHICAGO POLICE ) | |
| DEPARTMENT, and CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER OF
NOVEMBER 17, 2010, DUE TO PENDING SUBSEQUENT MOTION FOR
ADDITIONAL RELIEF**

Plaintiff, GEORGE J. HORTON, JR., by and through his attorney, Irene K. Dymkar, hereby moves the Court, to reconsider its order of November 17, 2010, due to a pending subsequent motion for additional relief. In support of his motion, plaintiff states:

1. This action arises under the United States Constitution and the laws of the United States, specifically the Civil Rights Act of 1871 (42 U.S.C. §1983), to redress deprivations of the civil rights of plaintiff through acts and/or omissions of defendants committed under color of law.

2. On October 27, 2010, plaintiff filed a motion for an extension of time until November 17, 2010, in which to file a response to defendants' motions to dismiss the complaint. The motion was noticed for a hearing on November 8, 2010. Due to the Court not having a call on November 8, 9, or 10, 2010, plaintiff was instructed by Court Deputy Tresa Abraham to re-notice the motion. The motion was thus re-noticed for November 18, 2010.

3. In the meantime, defendants responded to plaintiff's settlement demand and plaintiff discussed with defense counsel a possible referral Magistrate Judge Maria Valdez for a

settlement conference. Attorney Nadine Abraham, representing defendants NANCY K. SCHULTZ and AIR SERV CORPORATION, indicated that she and her clients are amenable to a settlement conference with Magistrate Judge Valdez. Attorney Michael McGrory, representing defendants MARY M. FLAHERTY, NANCY J. MALES, MICHAEL MALES, R. F. WHALEN, and CITY OF CHICAGO, indicated that he and his clients would prefer that settlement discussions continue between and among the attorneys.

4. Because plaintiff believes that this is a case that might settle with the assistance of the Magistrate Judge, and plaintiff also believes that, given the two sets of defendants with different and possibly competing interests, progress towards settlement is unlikely to continue without the Court's guidance, plaintiff moved the Court for a referral to Magistrate Judge Valdez for a settlement conference. Plaintiff also asked that all proceedings be stayed pending the settlement conference and that, should the case not settle, plaintiff be granted a reasonable period of time in which to answer the motions to dismiss the complaint.

5. The motion for referral to the Magistrate Judge and for a stay of proceedings was filed on November 15, 2010. In compliance with the Court's notice requirements, this motion could not be noticed for November 18, 2010, to be heard with the first motion. The motion for referral to the Magistrate Judge and for a stay of proceedings was thus noticed for a hearing on the next available date, November 22, 2010.

6. Upon filing the motion for referral to the Magistrate Judge and for a stay of proceedings, plaintiff's counsel called and spoke to Court Deputy Tresa Abraham to alert the Court to the fact that there were two related motions pending, one for a hearing on November 18, 2010, and the other for a hearing on November 22, 2010. Because the relief requested in the second motion supercedes to a certain extent the relief requested in the first motion, and in order to avoid any confusion, plaintiff's counsel asked the Court Deputy to bring the second motion to the Court's attention when considering the first motion.

7.On November 17, 2010, the Court issued an order granting the relief originally requested in the first motion, that is, an extension of time until November 17, 2010, in which to file an answer to the motions to dismiss.  However, the motion for a referral to the Magistrate Judge and for a stay of proceedings is still pending and is still scheduled to be heard on November 22, 2010.

8.Plaintiff requests that the Court grant the relief requested in the motion scheduled to be heard on November 22, 2010, that is, a referral to Magistrate Judge Valdez for a settlement conference, and a stay of proceeding pending the settlement conference and negotiations. Should the case not settle, plaintiff asks to be granted a reasonable period of time in which to answer defendants' motions to dismiss the complaint.

WHEREFORE plaintiff, GEORGE J. HORTON, JR., requests that the Court reconsider its order of November 17, 2010, due to the pending subsequent motion for additional relief, and that the Court grant the relief requested in the pending subsequent motion, that is, an order referring this matter to Magistrate Judge Maria Valdez for a settlement conference, staying proceedings in this case until said conference may be held and, if no settlement is reached, granting plaintiff a reasonable period of time thereafter to respond to defendants' motions to dismiss the complaint.

Dated: November 17, 2010/s/Irene K. Dymkar
Irene K. Dymkar

Irene K. Dymkar
Attorney for Plaintiff
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123